JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN C. WILLIAMS,<br>　　　　Petitioner,<br>　　v.<br>JOHN H. KATARICH, Warden,<br>　　　　Respondent. | Case No. CV 12-7813-GAF (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed.

Dated: September 25, 2012

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE